### Batt ag$^t$ Barnes

Paul Batt plaint. ag$^t$ James Barnes Defend$^t$ in an action of the case upon reveiw of an action prosecuted ag$^t$ the s$^d$ Batt this last County Court held at Boston the 27. day of the fift month Last, whereby the s$^d$ James Barnes obtained a judgem$^t$ ag$^t$ the s$^d$ Batt, & thereby the s$^d$ Batt so Sued is greatly damnified in the Summe of two hundred pounds mony with other due damages according to attachm$^t$ dat. 11th of august 1675. . . . The Jury . . . founde for the plaint. two hundred pounds in mony & costs of Court being two pounds Seventeen Shillings six pence.

Execucion issued x$^{br}$ 20. 1675.

### Lidgett ag$^t$ Barnes

Charles Lidgett agent of Majo$^r$ Rich$^d$ Waldron plaint. ag$^t$ Jonathan Barnes Defend$^t$ in an action of debt for non paiment of twenty three barrells of tarr due by bill bearing date. Octob$^r$ 10th 1673. with all due damages according to attachm$^t$ dat. Octob$^r$ 2$^d$ 1675. . . . The Jury . . . founde for the plaint. that the s$^d$ Barnes deliver unto the plaint. 23. barrells of tarr Or pay ten pounds in mony & costs of Court being twenty Shillings & four pence.

Execucion issued x$^{br}$ 16° 1675. twenty three.

### Lynde ag$^t$ Brett

Simon Lynde Merchant plaint. ag$^t$ Morris Brett Defend$^t$ in an action of debt of Fourteen pounds mony due upon bill obligatory for non paiment of a debt of eight pounds in mony as appeares per saide bill & all due damages according to attachm$^t$ dat. Septemb$^r$ 6th 1675. . . . The Jury . . . founde for the plaint. Fourteen pounds mony forfiture of the bill & costs of Court being twenty-one Shillings 8$^d$

Execucion issued x$^{br}$ 10th 1675. [348]